# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Bridget M. Elliott,

           Plaintiff,

v.

Unum Life Insurance Company of
America,

           Defendant.

Civil No. 08-5078 (RHK/AJB)

**ORDER OF DISMISSAL
WITH PREJUDICE**

_____

      Based upon the Stipulation of the parties (Doc. No. 19), it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits and without an award of costs and attorneys' fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 31, 2009

                    s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge